Cathy WOFFORD, Claimant–
Respondent,

v.

SERVICE AMERICA, Employer–
Appellant,

and

Wausau Insurance Companies,
Insurer–Appellant.

No. 63220.

Missouri Court of Appeals,
Eastern District,
Division One.

July 27, 1993.

Cheryl McMahon, Law Office of Mark R. Rudoff, St. Louis, for employer-appellant.

Gabriel & McCartney, P.C., James F. McCartney, St. Louis, for employee, respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Service America, employer, and employer's insurer, Wausau Insurance Companies, appeal from an award in favor of claimant, Cathy Wofford, in this workers' compensation case.

The order of the Labor and Industrial Relations Commission is supported by competent and substantial evidence on the whole record; no error of law appears. An opinion would have no precedential value.

The order is affirmed. Rule 84.16(b). Claimant's request for damages for frivolous appeal under Rule 84.19 is denied.

STATE of Missouri,
Plaintiff/Respondent,

v.

Willie WILLIAMS a/k/a Terry Swink,
Defendant/Appellant.

No. 62224.

Missouri Court of Appeals,
Eastern District
Division One.

July 27, 1993.

Elizabeth Haines, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jennifer A. Glancy, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Defendant appeals his conviction by a jury of second degree assault, § 565.060, RSMo 1986, and armed criminal action, § 571.015, RSMo 1986. The court sentenced Defendant, in accordance with the jury's assessment, to consecutive terms of four years' imprisonment on the assault charge and six years' imprisonment on the armed criminal action conviction. We affirm.

We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 30.25(b).